IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Max Fleming, M.D., J.D.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

U.S. Ambassador Pamela K. Hamamoto

AND

U.S. President Barack Obama

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: □ Yes X No
*(check one)*

Case: 1:16-cv-01535
Assigned To : Unassigned
Assign. Date : 7/27/2016
Description: Pro Se Gen. Civil (F Deck)

RECEIVED
JUN 27 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard Max Fleming |
| Street Address | 4055 Lankershim Blvd, #422 |
| City and County | Studio City |
| State and Zip Code | CA, 91604 |
| Telephone Number | (818) 821-9576 |
| E-mail Address | rmfmd7@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Barack Obama |
| Job or Title | President of the United States |
| Street Address | 1600 Pennsylvania Avenue, N.W. |
| City and County | Washington |
| State and Zip Code | D.C. 20500 |
| Telephone Number | (202) 456-1414 |
| E-mail Address (if known) | ______________________ |

Defendant No. 2

| | |
|---|---|
| Name | Pamela K. Hamamoto |
| Job or Title | United States Ambassador |
| Street Address | Not known |
| City and County | |

State and Zip Code ______________________________

Telephone Number ______________________________

E-mail Address (if known) ______________________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

X Federal question X Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ICCPR Treaty

28 USC § 1251(b)(1), Art. I, § 8, cl 18, Art 1, § 9, cl 2, Art II, § 2, cl 2, Art II, § 3, Art IV, §2, cl 1, Art VI, § 2, 1 USC § 112b(a), 28 USC § 2107(b)(1-4), 28 USC § 2241(c)(3), 28 USC § 2242, 22 CFR § 181.7(a)-(c), 49 CFR § 1103.27(b)-(d), NRS § 686A.020

______________________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Richard Max Fleming, is a citizen of the State of *(name)* _California.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Barack Obama, is a citizen of the State of *(name)*District of Columbia. *Or* is a citizen of *(foreign nation)* ________________________.

The defendant, *(name)* Pamela K. Hamamoto, is a citizen of the State of *(name)presumptively* District of Columbia.

b. If the defendant is a corporation

The defendant, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________. *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)* ________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

For amount certain in excess of $2 million dollars currently as defined in MSJ and SUF neither of which are opposed to objected to.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Federal Government has insisted that the ICCPR Treaty does not provide for rights or remedies for US Citizens based upon the intentional misrepresentation of an "expressed declaration" as an "expressed understanding." Not withstanding this intentional misrepresentation, defendants have expressly stated in documents before the United Nations and World leaders and at presentations before the legal community that the ICCPR treaty DOES provide for rights and remedies for U.S. citizens whose treaty rights are being violated in U.S. territory, including when those violations occur by Federal and State government employees. Furthermore, Ambassador Hamamoto has now expressly stated examples of the ICCPR treaty rights being executed. The Ambassador and President are denying Plaintiff his ICCPR treaty rights and remedies.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Remedies amounting to (1) $379,975/year for lost wages as a Nuclear Cardiologist beginning April 1, 2009 proceeding forward for duration of Plaintiffs life, (2) Damages as deemed appropriate by this Court for loss of reputation and career now un-repairable,

(3) recognition that the holographic plea does not stipulate a crime and ergo plaintiff is due these damages under the ICCPR treaty, (4) recognition of the ICCPR treaty rights and remedies for U.S. Citizens whose treaty rights have been violated in U.S. territory, including said violations by U.S. employees both Federal and State.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 23 June, 2016.

Signature of Plaintiff Richard Max Fleming, MD, JD
Printed Name of Plaintiff _Richard Max Fleming, M.D., J.D.

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney Pro Se
Printed Name of Attorney ______
Bar Number ______
Name of Law Firm ______
Address ______
Telephone Number ______
E-mail Address ______