UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Max Fleming, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case: 1:16-cv-01535 |
| v. | ) Assigned To : Unassigned |
| | ) Assign. Date : 7/27/2016 |
| | ) Description: Pro Se Gen. Civil (F Deck) |
| U.S. Ambassador | ) |
| Pamela K. Hamamoto *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Plaintiff's application to proceed in forma pauperis [Dkt. 2] is GRANTED, and this action is DISMISSED as barred under the doctrine of res judicata for the reasons stated in *Fleming v. United States of America*, No. 16-0606 (D.D.C. Apr. 1, 2016) (attached).

This is a final appealable Order.

_____
United States District Judge

Date: July 26th, 2016